(No. 5577. July 31, 1930.)

CHICAGO LIVE STOCK LOAN COMPANY, a Corporation, Respondent, v. ADA COUNTY and ROY D. LEONARDSON, Assessor and Tax Collector of Said Ada County, Appellants.

[290 Pac. 717.]

W. D. Gillis, Attorney General, and Fred J. Babcock, Assistant Attorney General, for Appellants.

Dean Driscoll, for Respondent.

LEE, J.—This case is governed by the principles heretofore announced in the case of *Utah Mortgage Loan Corp. v. Gillis, ante,* p. 676, 290 Pac. 714.

Judgment affirmed; costs to respondent.

Givens, C. J., and Budge, Varian and McNaughton, JJ., concur.